**In re Stewart L. HAY, James L. Brewster, John M. Thomas, and Jeffrey B. Herman.**

No. 2008–1455.

United States Court of Appeals, Federal Circuit.

Aug. 19, 2008.

David B. Gornish, Caesar, Rivise, Bernstein, Cohen, Philadelphia, PA, for James L. Brewster, Jeffrey B. Herman, John M. Thomas, Stewart L. Hay.

Stephen Walsh, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

ON MOTION

*ORDER*

Upon consideration of Stewart L. Hay et al.'s unopposed motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All sides shall bear their own costs.